UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
In re:                                                    :   Chapter 7 Case No.:
                                                             :
    BIENVENIDA SOSA,                    :   1:11-bk-11408 (SHL)
                                                             :
                  Debtor.      :
------------------------------------------------X

## NOTICE OF APPEARANCE

TO:   The Clerk of Court and all parties of record

The undersigned is admitted or otherwise authorized to practice in this Court, and appears in this case as counsel for Debtor BIENVENIDA SOSA in the Personal Injury Action pending in the Supreme Court of the State of New York, County of Bronx, under Index Numbers 23146/2013 and 21249/2011.

Dated: Harrison, New York
       January 30, 2017

                                     *HAUSMAN & PENDZICK*

By: _____
     ALAN R. GRAY, JR.
     440 Mamaroneck Avenue, Suite 408
     Harrison, New York 10528
     (914) 946-3344
     Fax (914) 946-9733

1