Stephen Z. Starr
STARR & STARR, PLLC
260 Madison Ave., 17th Floor
New York, New York 10016
(212) 867-8165

Attorneys for Bienvenida Sosa

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
In re:                                        :        Chapter 7 Case No.
                                              :
Bienvenida Sosa,                              :        11-11408 (SHL)
                                              :
                            Debtor.           :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF SERVICE

I, Stephen Z. Starr, declare as follows:

1.      I am not a party to the above-referenced action, am over the age of 18 years old and maintain an office in New York County, New York.

2.      On February 28, 2017, I caused a certified copy of the **Order Regarding Motion to Reopen Chapter 7 Bankruptcy Case of Bienvenida Sosa** (ECF Doc No. 29) (the "Order") to be filed with the Bronx County Clerk via the New York State Court Electronic Filing system (NYSCEF) and to be served on all parties in the Personal Injury Action (as such term is defined in the Order) by depositing a true and correct copy thereof into a postage-prepaid envelopes together with a copy of the **Notice of Entry** (ECF Doc. No. 30) that were deposited into a designated depository maintained by the United States Postal Service and addressed to the parties on the annexed service list.

.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Executed at New York, New York on February 28, 2017

By    /s/  Stephen Z. Starr    
        Stephen Z. Starr


[Pursuant to 28 U.S.C. § 1746 an unsworn declaration under penalty of perjury may be used in lieu of a sworn affidavit]

<u>**SERVICE LIST**</u>

Office of the United States Trustee
201 Varick Street
Ste 1006
New York, NY 10014-4811


<u>Attorneys for the New York Botanical Garden</u>
Downing & Peck, P.C.
Attn: Marguerite D. Peck, Esq.
        Michael P. McDermott, Esq.
17 Battery Place, Ste 709
New York, NY 10004

<u>Former Chapter 7 Trustee</u>
Salvatore Lamonica, Esq.
Lamonica Herbst & Maniscalco
3305 Jerusalem Avenue 201
Wantagh, NY 11793

<u>Attorneys for Bedford Boulevard Food Corp</u>.
Frankel Lambert et al.
Attn: Todd E. Weisman, Esq.
53 Gibson Street
Bayshore, NY 11706


<u>Attorneys for Automotive Realty Corp</u>.
Jeffrey H. Roth, Esq.
Law Ofc of Jeffrey H. Roth
200 Park Ave., Ste 1700
New York, NY  10166

<u>Attorneys for Bienvenida Sosa</u>
Elizabeth M. Pendzick, Esq.
Hausman & Pendzick
440 Mamaroneck Ave., Ste. 408
Harrison, NY  10528