UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                                               Chapter 7

BIENVENIDA SOSA,                                                      Case Nos.: 11-11408 (SHL)

                Debtor.
------------------------------------------------------------x

**ORDER, PURSUANT TO 11 U.S.C. § 105(a) AND RULES 2002 AND 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AUTHORIZING AND APPROVING SETTLEMENT OF THE DEBTOR'S PERSONAL INJURY ACTION**

UPON the notice of hearing and motion (the "Motion") of Salvatore LaMonica (the "Trustee"), as Chapter 7 Trustee of the estate of Bienvenida Sosa (the "Debtor"), by his counsel, LaMonica Herbst & Maniscalco, LLP, seeking entry of an Order, pursuant to 11 U.S.C. § 105(a) and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing and approving the stipulation of settlement (the "Mediation Agreement") of the Debtor's personal injury action among the Debtor and the defendants, the Bedford Boulevard Food Corp. ("Bedford"), and the New York Botanical Garden (the "Botanical Garden"), and granting such other, further and different relief as this Court deems just and proper; and upon the Affidavit of Service which was filed with the Court; and upon the hearing held before this Court on August 24, 2017 at 10:00 a.m. (the "Hearing"), the record of which is incorporated by reference; and it appearing that the relief requested in the Motion is in the best interests of the estate and the creditors of such estate; and after due deliberation thereon, and for the reasons stated by the Court at the Hearing, therefore, it is hereby

**ORDERED,** that the relief requested in the Motion is granted and that the Mediation Agreement, a copy of which is annexed as Exhibit "A" to the Motion is approved; and, it is further

**ORDERED**, that the Debtor, Bedford, and the Botanical Garden shall proceed with the settlement pursuant to the terms of the Mediation Agreement; and, it is further

**ORDERED,** that the Trustee is authorized and empowered to expend such funds and to execute and deliver any and all documents as are reasonably necessary to implement the terms of this Order and the Mediation Agreement.

Dated: August 29, 2017
      New York, New York

                                                    ***/s/ Sean H. Lane***
                                                    Honorable Sean H. Lane
                                                    United States Bankruptcy Court